*Arrested 6/29*
*YOUNG* ~~06/26/2015~~

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

JUN 3 0 2015

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America )
v. )
)
Victer HICKEY )
Amy MCQUAIG )
)
)
_____ )
Defendant(s)

Case No. MO:15-MJ-293

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___6/29/2015___ in the county of ___Ector___ in the
___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to possess with intent to |
| 21 USC 841 | distribute a quantity of methamphetamine. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature
Brian Hutchison, Special Agent
Printed name and title

Sworn to before me and signed in my presence.
Date: 6/30/15

_____
Judge's signature

City and state: Midland, Texas
David Counts, US Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Brian Hutchison, Special Agent with the Drug Enforcement Administration, having been duly sworn, do depose and state the following.

I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), Midland Resident Office. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

I have been employed by the Drug Enforcement Administration since January of 2011. In January of 2011, I received seventeen weeks of training at the DEA Academy at Quantico, Virginia, to become a Special Agent. I have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

The following information is based upon your Affiant's personal knowledge as well as information provided by other federal, state and local officers and is presented as probable cause to charge the herein named subjects. Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding the instant investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

The Midland Police Department (MPD) and DEA Midland Resident Office (MRO) are investigating methamphetamine distributors operating in West Texas. On June 26, 2015, a MPD Undercover (UC) Officer made contact with an unwitting Cooperating Defendant (CD) regarding the purchase of four (4) ounces of methamphetamine. At approximately 12:20 PM, the UC traveled to the residence of the unwitting CD at 3700 S.C.R. 1316, Odessa, Texas. Upon the UC's arrival a Chevrolet Suburban driven by Amy MCQUAIG with Victer HICKEY as the front seat passenger were observed at the residence.

At approximately 12:25 PM, the UC entered the front passenger seat of the Chevrolet Suburban and HICKEY entered the rear passenger seat with MCQUAIG sitting in the driver seat. Based on information obtained from the UC, he/she purchased four (4) ounces of methamphetamine from MCQUAIG and provided MCQUAIG with $3,700.00 USC. The UC stated that HICKEY provided MCQUAIG with a flat service to help MCQUAIG weigh the four (4) ounces of methamphetamine. The UC then exited the vehicle and departed the residence.

At approximately 12:33 PM, Ector County TFO's Blake and Sanchez attempted to conduct a traffic stop on MCQUAIG (driver) and HICKEY (front seat passenger). MCQUAIG failed to stop and a pursuit ensued. MCQUAIG and HICKEY were stopped at 4412 Tanglewood, Odessa, Texas and were arrested. During the arrest of MCQUAIG and HICKEY the $3,700.00 USC utilized for the purchase of the four (4) ounces of methamphetamine was located and seized from the left rear pants pocket of HICKEY.

Based on these facts, your Affiant believes that probable cause exists to show that Amy MCQUAIG and Victer HICKEY did conspire with others known and unknown to possess with intent to distribute a quantity of methamphetamine in violation of 21 U.S.C. 841 (a) (1) and 21 U.S.C 846.

Brian Hutchison
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED to before me on 30th this day of June, 2015.

David Counts
United States Magistrate Judge
Western District of Texas

2