# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender:  Victor Hickey                                    Case Number:  7:15CR00181-001

Name of Sentencing Judicial Officer:  Honorable Robert Junell, Senior United States District Judge

Date of Original Sentence:  December 2, 2015

Original Offense: Conspiracy to Possess With Intent to Distribute 50 Grams or More of Actual Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

Original Sentence:    57 months imprisonment; 5 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced:  August 17, 2018

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total of _____ years.

☒ To modify the conditions of supervision as follows:

Upon approval of the court, the following condition shall be remitted:

> "Within 60 days of release, the defendant shall either wed Amy McQuaig or establish an account with the Texas Attorney General's office for the support of his minor children."

Upon approval of the court, the following condition shall be modified:

The defendant's condition states:

> "The defendant shall have no contact with his codefendants, or any defendant in related cases, whether by phone, e-mail, fax, letter or in person, during the term of supervision. The defendant's contact with Amy McQuaig should be limited to matters involving their daughter."

The condition should read:

> "The defendant shall have no contact with his codefendants, or any defendant in related cases, whether by phone, e-mail, fax, letter or in person, during the term of supervision. The defendant shall be permitted to have contact with Amy McQuaig."

## CAUSE

**It is respectfully requested to modify the conditions of supervision. The offender shares a child with codefendant Amy McQuaig and has requested permission from U.S. Probation to have contact and live together. U.S. Probation has no opposition to allowing this contact.**

Approved:                                                    Respectfully submitted,

_Keith Thompson_                                             _Revs J. Cruz_

Keith Thompson                                               Revs J. Cruz
Supervising U.S. Probation Officer                           United States Probation Officer
Telephone: (432) 685-0314                                    Telephone: (432) 685-0329
                                                             Date: July 23, 2020

cc:  ADCUSPO, Ceniceros
     AUSA, Midland

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other_____

_David Counts_

David Counts
U.S. District Judge

July 23, 2020
Date

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions of
## Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Upon approval of the court, the following condition shall be remitted:

      "Within 60 days of release, the defendant shall either wed Amy McQuaig or establish an account with the Texas Attorney General's office for the support of his minor children:

Upon approval of the court, the following condition shall be modified:

The defendant's condition states;

      "The defendand shall have no contact with his codefendants, or any defendant in related cases, whether by phone, e-mail, fax, letter or in person, during the term of supervision.  The defendant's contact with Amy McQuaig should be limited to matter involving their daughter."

The condition should read:

      "The defendant shall have no contact with codefendants, or any defendant in related cases, whether by phone, e-mail, fax, letter or in person, during the term of supervision.  The defendant shall be permitted to have contact with Amy McQuaig."

Witness: _____  
U.S. Probation Officer

Signed: _Victor T. Hickey_  
Probationer or Supervised Releasee

_____7/20/2020_____  
Date